UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Loretta Harper,
    Plaintiff,

v.

Commissioner of Social Security,
    Defendant.

Case No. 1:12cv656
(J. Beckwith ; Litkovitz, MJ)

ORDER

This matter is before the Court on plaintiff's motion to extend time to reply to defendant's memorandum in opposition filed in this matter. (Doc. 13.) For good cause shown, the motion is hereby **Granted**.

The plaintiff previously submitted a proposed order to the Court which was granted this date. (Doc. 14). However, the order was submitted and filed in error and shall be stricken from the docket of the Court.

Plaintiff shall have up to and including **March 28, 2013** in which to file a reply memorandum in response to defendant's memorandum in opposition to plaintiff's statement of errors filed in this matter.

IT IS SO ORDERED.

Date 3/15/2013

awh   March 15, 2013

Karen L. Litkovitz
United States Magistrate Judge